| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA  91403 |
| | (818) 933-5700  Fax: (818) 933-5755 |

**ORIGINAL**

ENTERED  FEB - 3 2010  CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY

FILED  FEB - 3 2010  CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                           )   CHAPTER 13
                                                 )   CASE NO. SV09-26790-MT
Robert Woodruff                                  )
                                                 )   **ORDER DISMISSING CHAPTER 13**
                                                 )   **PETITION DUE TO FAILURE OF**
                                                 )   **DEBTOR(S) TO APPEAR AT THE 341(a)**
                                                 )   **MEETING OF CREDITORS AND/OR TO**
                                                 )   **MAKE PRE-CONFIRMATION**
                                                 )   **PAYMENTS**
                                                 )
                                    DEBTOR       )

Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed appear at the same and/or having failed to make the required pre-confirmation payments, and good cause appearing, it is therefore,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and

2. That the petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: FEB - 3 2010

_____
Maureen Tighe
U. S. Bankruptcy Judge

| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA 91403 |
| | (818) 933-5700  Fax: (818) 933-5755 |
| 3 | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. SV09-26790-MT |
| Robert Woodruff | ) | |
| | ) | |
| | ) | **PROOF OF SERVICE BY MAIL** |
| | ) | |
| DEBTOR | ) | |
| | ) | |

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 1/28/2010 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

| | |
|---|---|
| Robert Woodruff | Ms. Jennifer Braun |
| 210155 Gault St. | Assistant United States Trustee |
| Winnetka, CA 91306 | Department of Justice |
| | 21051 Warner Center Lane, #115 |
| | Woodland Hills, CA 91367-1367 |

Executed at Sherman Oaks, California on January 28, 2010.

*/s/ Gisele Dorsey*

_____
Gisele Dorsey

Case No. SV09-26790-MT